UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-cv-24454-HUCK/MCALILEY

CHRISTINE EGOVILLE,

    Plaintiff,

vs.

ANDREW M. SAUL,
Acting Commissioner of Social Security,

    Defendant.

_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** comes before the Court upon both Plaintiff and Defendant's Motions for Summary Judgment [ECF No. 23 and 26, respectively]. The Court referred this case to the Honorable Magistrate Judge McAliley for a Report and Recommendation ("R&R") [ECF No. 10]. On February 3, 2021, Magistrate Judge McAliley issued the R&R recommending that the decision of the Commissioner be reversed and remanded for further development of the record [ECF No. 29]. In so, the R&R also recommended that Plaintiff's Motion for Summary Judgment [ECF No. 23] be granted and that the Defendant's Motion for Summary Judgment [ECF No. 26] be denied. On February 17, 2021, Defendant filed Objections ("Objections") [ECF No. 30] to the R&R, to which Plaintiff filed a Response [ECF No. 31].

Defendant "objects to the Magistrate Judge's finding that an apparent conflict exists between a limitation to simple, routine, and repetitive tasks and the jobs of tube operator and addresser, which are assigned a reasoning level 2 in the Dictionary of Occupational Titles (DOT)." (Obj. 2–3). Having reviewed *de novo* Defendant's Objections, the R&R, the record, and being duly advised, this Court agrees with Judge McAliley's R&R and the recommendations therein. As stated in the R&R, this Court does not conclude that an actual conflict exists. (*See* R&R 16). Instead, the Court agrees with the R&R's reasoning that for the ALJ's decision to be fully supported by substantial evidence, the ALJ must fully develop the record, which includes identifying and resolving any apparent conflicts. *See Washington v. Commissioner of Social Security*, 906 F.3d 1353 (11th Cir. 2018); R&R. Thus, the Court **ADOPTS** the R&R's findings

of facts and conclusions of law and **OVERRULES** Defendant's Objections.  Accordingly, for the reasons stated in the R&R, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment [ECF No. 23] is **GRANTED**, Defendant's Motion for Summary Judgment [ECF No. 26] is **DENIED**, and the Commissioner's decision is **REVERSED and REMANDED** for further proceedings in accordance with this Order.  The Clerk is directed to close the case.

**DONE AND ORDERED** in Chambers in Miami, Florida on March 12, 2021.

Paul C. Huck
United States District Judge

Copies furnished to:
Chris M. McAliley, United States Magistrate Judge
Counsel of Record