## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 19-cv-24454-HUCK/MCALILEY

CHRISTINE EGOVILLE,

      Plaintiff,

vs.

ANDREW M. SAUL,
Acting Commissioner of Social Security,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

**THIS CAUSE** comes before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("R&R") [ECF No. 36] regarding Plaintiff's Motion for Attorneys' Fees ("Motion") [ECF No. 33]. Judge McAliley recommends that the Court deny Plaintiff's Motion, finding that Defendant's position was "substantially justified." On July 20, 2021, Plaintiff filed Objections ("Objections") [ECF No. 37] to the R&R, to which Defendant filed a Response [ECF No. 38]. In her Objections, Plaintiff concurs in part with Judge McAliley's recommendation and concedes that Defendant's position was substantially justified with regard to one issue. However, Plaintiff objects to Judge McAliley's recommendation as to the remaining issue and the time incurred for attorneys' fees. Having reviewed *de novo* Plaintiff's Objections, the R&R, Defendant's Response, the record, and being duly advised, this Court agrees with Judge McAliley's R&R and the recommendations therein, specifically that Defendant was substantially justified in defending both issues. Thus, the Court **ADOPTS** the R&R's findings of facts and conclusions of law and **OVERRULES** Plaintiff's Objections. Accordingly, for the reasons stated in the R&R, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Attorneys' Fees [ECF No. 33] is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida on July 28, 2021.

Paul C. Huck
United States District Judge

Copies furnished to:
Chris M. McAliley, United States Magistrate Judge
Counsel of Record